UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| 1515 EAST UNION CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:20-cv-00724-RSL<br><br>ORDER OF DISMISSAL |

Pursuant to the stipulation of the parties, the above-captioned matter is hereby DISMISSED with prejudice and without costs.

Dated this 16th day of April, 2021.

*MWt S Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL – 1